UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**INTEL CORPORATION,**<br><br>Defendant. | **Case No. 6:20-cv-00108-ADA**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL
OF COUNT I – INFRINGEMENT OF UNITED STATES PATENT NO.
6,049,706 WITHOUT PREJUDICE PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)</u>**

Plaintiff, ParkerVision, Inc., hereby dismisses Count I in this action alleging infringement of United States Patent No. 6,049,706 without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. ParkerVision, Inc. filed its First Amended Complaint in the above-entitled action against Intel Corporation on May 15, 2020.

2. Defendant has not served an answer or a motion for summary judgment in this action.

3. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

4. Federal Rule of Civil Procedure 41(a)(1)(B) provides that such a

dismissal is without prejudice.

5. Accordingly, ParkerVision hereby dismisses Count I in this action alleging infringement of United States Patent No. 6,049,706 without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Dated: June 24, 2020                                  Respectfully submitted,


                                                     /s/Raymond W. Mort, III
                                                     Raymond W. Mort, III
                                                     Texas State Bar No. 00791308
                                                     raymort@austinlaw.com

                                                     **THE MORT LAW FIRM, PLLC**
                                                     100 Congress Ave, Suite 2000
                                                     Austin, Texas 78701
                                                     Tel/Fax: (512) 865-7950

                                                     ATTORNEYS FOR PLAINTIFF