# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00108-ADA |
| | § | |
| INTEL CORPORATION | § | |

## ORDER RESETTING MARKMAN HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by Zoom on **Tuesday, January 26, 2021 at 09:30 AM**. The link for the hearing will be sent by e-mail.

IT IS SO ORDERED this 21st day of January, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE