**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| PARKERVISION, INC., *Plaintiff* | § § § § § § § § | W-20-CV-00108-ADA |
| -v- | | |
| INTEL CORPORATION, *Defendant* | | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through January 26, 2021 and finds the requested amount ($41,363.12) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiffs:    $20,681.56
    Defendant:    $20,681.56

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 26th day of January, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE