UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00108-ADA |
| | § | |
| INTEL CORPORATION | § | |

## ORDER SETTING DISCOVERY HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING BY ZOOM** on **Monday, April 26, 2021 at 01:30 PM**.  The link for the hearing has been e-mailed to the parties.

IT IS SO ORDERED this 21st day of April, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE