# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00108-ADA |
| | § | |
| INTEL CORPORATION | § | |

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by Zoom on February 10, 2022 at 02:00 PM.

IT IS SO ORDERED this 4th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE