UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>               Plaintiff,<br><br>    v.<br><br>**INTEL CORPORATION,**<br><br>               Defendant. | **Civil Action No. 6:20-cv-00108-ADA**<br><br>**Civil Action No. 6:20-cv-00562-ADA** |

### JOINT MOTION TO AMEND SCHEDULING ORDER

On January 20, 2022, by an email from Mr. Regan Rundio and the agreement of the parties, the Court rescheduled trial in these matters to October 24, 2022 and May 29, 2023. In view of the rescheduled trial dates, Plaintiff ParkerVision Inc. and Defendant Intel Corporation jointly move to modify the schedule up to and including the trials of these matters as follows:

| Proposed Deadline | Event<br>108/562 Cases – First Trial | Event<br>108/562 Cases – Second Trial[1] |
|---|---|---|

---

[1] The parties have agreed and hereby stipulate to the following regarding claims and defenses at the Second Trial.  Subject to the Court's rulings on claim narrowing, ParkerVision may assert any claims that have been preserved in its Final Infringement Contentions and expert reports for the Second Trial, provided that any such claim was not invalidated at the First Trial.  For any claim that ParkerVision asserted at the First Trial, Intel may present any invalidity theory (*e.g.*, a theory that a particular reference anticipates the claim under § 102, a theory that a particular combination of references renders the claim obvious under § 103, or a theory that a claim term is indefinite, not enabled, or lacks written description under § 112) that has been preserved in its Final Invalidity Contentions and expert reports for the Second Trial, unless that identical theory was presented at the First Trial with respect to that claim and the claim was not determined to be invalid.  For any claim that ParkerVision did not assert at the First Trial, Intel may present any invalidity theory preserved in its Final Invalidity Contentions and expert reports for the Second Trial.   For the avoidance of doubt, Intel shall not be precluded from offering at the Second Trial any evidence relating to prior independent development and/or the background state of the art, even if similar, or identical evidence was presented at the First Trial.

|  | Accused cellular products<br><br>(6,580,902; 9,246,736; 9,118,528; 8,588,725; 9,444,673; and 7,539,474) | Accused Wi-Fi and Bluetooth products<br><br>(Same patents along with 7,050,508 or 8,190,108, one of which ParkerVision will dismiss with prejudice within 2 weeks of the PTAB's final written decision regarding the '108 patent which will be issued in or about July 2022) |
|---|---|---|
| 1/17/2022 | Deadline to serve Final Infringement Contentions as to the 8,588,725 and 9,444,673 patents. After this date, leave of Court is required for any amendment to Final Infringement Contentions. |  |
| 2/14/2022 |  | Deadline to serve Preliminary Invalidity Contentions in response to ParkerVision's Preliminary Infringement Contentions as to Intel's wi-fi/Bluetooth chips for patent nos. 7,050,508 and 8,190,108 |
| 2/16/2022 | Deadline for the first of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |  |
| 2/18/2022 | Deadline to serve Final Invalidity Contentions. After this date, leave of Court is required for any |  |

2

| | | |
|---|---|---|
| | amendment to Final Invalidity Contentions. | |
| 3/25/2022 | Close of Fact Discovery. | |
| 4/21/2022 | Opening Expert Reports. | |
| 4/27/2022 | | Deadline to serve Final Infringement Contentions. After this date, leave of Court is required for any amendment to Final Infringement Contentions. |
| 5/18/2022 | | Deadline to serve Final Infringement Contentions. After this date, leave of Court is required for any amendment to Final Infringement Contentions. |
| 5/24/2022 | Rebuttal Expert Reports. | |
| 6/17/2022 | Close of Expert Discovery. | |
| 6/21/2022 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | Deadline to serve Final Invalidity Contentions. After this date, leave of Court is required for any amendment to Final Invalidity Contentions. |

| | | |
|---|---|---|
| 7/12/2022 | Dispositive motion deadline and Daubert motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). | |
| 8/2/2022 | Responses to dispositive motions and Daubert motions due.  (*See* Rule CV-7.D.2.) | |
| 8/16/2022 | Replies in support of dispositive motions and Daubert motions due.  (*See* Rule CV-7.E.2 | |
| 8/25/2022 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | |
| 9/8/2022 | Serve objections to pretrial disclosures/rebuttal disclosures. | Deadline for the first of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| 9/15/2022 | Serve objections to rebuttal disclosures and File Motions in Limine. | |
| 9/22/2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); | |

4

| | | |
|---|---|---|
| | file oppositions to motions in limine. | |
| 9/30/2022 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | |
| 10/6/2022 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | |
| 10/14/2022 | Final Pretrial Conference. | |
| 10/24/2022 | Jury Selection/Trial. | |
| 12/9/2022 | | Close of Fact Discovery |
| 12/23/2022 | | Opening Expert Reports |

|  |  |  |
|---|---|---|
| 1/27/2023 |  | Rebuttal Expert Reports |
| 2/17/2023 |  | Close of Expert Discovery |
| 2/24/2023 |  | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 3/3/2023 |  | Dispositive motion deadline and Daubert motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 3/17/2023 |  | Responses to dispositive motions and Daubert motions due. (*See* Rule CV-7.D.2.) |
| 3/31/2023 |  | Replies in support of dispositive motions and Daubert motions due. (*See* Rule CV-7.E.2 |
| 4/7/2023 |  | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations) |

| | | |
|---|---|---|
| 4/21/2023 | | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 4/28/2023 | | Serve objections to rebuttal disclosures and File Motions in Limine. |
| 5/5/2023 | | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. |
| 5/10/2023 | | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| 5/12/2023 | | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| 5/19/2023 | | Final Pretrial Conference |
| 5/29/2023 | | Jury Selection/Trial |

Dated: February 9, 2022

*/s/ J. Stephen Ravel*

J. Stephen Ravel
Texas State Bar No. 16584975
steve.ravel@kellyhart.com
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429

James E. Wren
Texas State Bar No. 22018200
One Bear Place, Unit 97288
Waco, Texas 76798
Tel: (254) 710-7670
james.wren@baylor.edu

Michael J. Summersgill (pro hac vice)
Sarah B. Petty (pro hac vice)
Marissa A. Lalli (pro hac vice)
Samuel C. Leifer (pro hac vice)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com
marissa.lalli@wilmerhale.com
samuel.leifer@wilmerhale.com

Todd Zubler (pro hac vice)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (617) 526-6000
todd.zubler@wilmerhale.com

Respectfully submitted,

*/s/ Raymond W. Mort, III*

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel/Fax: 512-865-7950

Of counsel:
Ronald M. Daignault (pro hac vice)*
Chandran B. Iyer (pro hac vice)
Jason S. Charkow (pro hac vice)*
Stephanie R. Mandir (pro hac vice)
Zachary H. Ellis
(Texas State Bar No. 24122606)*
Christian E. Samay (pro hac vice)*
DAIGNAULT IYER LLP
8618 Westwood Center Drive – Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
smandir@daignaultiyer.com
zellis@daignaultiyer.com

*Not admitted in Virginia*

*Attorneys for Plaintiff ParkerVision, Inc.*

Jason F. Choy (pro hac vice)
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel: (213) 443-5300
jason.choy@wilmerhale.com

*Attorneys for Defendant Intel Corporation*