### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTEL CORPORATION, <br><br> Defendant. | Civil Action No. 6:20-cv-00108-ADA <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF AGREED EXTENSION OF DEADLINE TO FILE REPLY

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Defendant Intel Corporation ("Intel") files this notice of agreed extension. On March 21, 2022, Intel filed its Opposed Motion for Further Claim Construction (DE 117). Plaintiff ParkerVision, Inc. ("ParkerVision") filed its Opposition to Intel's Motion for Further Claim Construction on April 4, 2022 (DE 121). ParkerVision agreed to Intel's request for a one-week extension to file a reply in support of its Motion for Further Claim Construction through and including April 18, 2022.

Dated: April 7, 2022

Michael J. Summersgill (admitted *Pro Hac Vice*)
Sarah B. Petty (admitted *Pro Hac Vice*)
Marissa A. Lalli (admitted *Pro Hac Vice*)
Samuel C. Leifer (admitted *Pro Hac Vice*)
Alicia Coneys (admitted *Pro Hac Vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
T (617) 526-6000
michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com
marissa.lalli@wilmerhale.com
samuel.leifer@wilmerhale.com
alicia.coneys@wilmerhale.com

Todd Zubler (admitted *Pro Hac Vice*)
Isley M. Gostin (admitted *Pro Hac Vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
T (202) 663-6636
todd.zubler@wilmerhale.com
isley.gostin@wilmerhale.com

Jason F. Choy (admitted *Pro Hac Vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
T (213) 443-5300
jason.choy@wilmerhale.com

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Steven Ravel
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
T (512) 495-6429
steve.ravel@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
T (254) 710-7670
james.wren@baylor.edu

**ATTORNEYS FOR DEFENDANT INTEL CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on April 7, 2022.

*/s/ J. Stephen Ravel*
J. Stephen Ravel