# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00108-ADA |
| | § | |
| INTEL CORPORATION | § | |

## ORDER SETTING DISCOVERY/MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY/MOTION HEARING by Zoom via a private link on June 21, 2022 at 01:30 PM.

IT IS SO ORDERED this 15th day of June, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE