UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC.<br><br>               Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION<br><br>               Defendant. | C.A. No.  6:20-cv-00108-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

After considering ParkerVision's motion for leave to amend (ECF No. 133), the parties' respective position statements submitted to the Court by email on May 10, 2022, and oral arguments during a hearing held on June 21, 2022, the Court orders the following:

IT IS ORDERED THAT Intel's motion to strike ParkerVision's Final Infringement Contentions is DENIED.  Intel shall be permitted two additional hours of deposition testimony with Mr. David Sorrells and two additional hours of deposition testimony with one other inventor of the patents-in-suit. ParkerVision shall use reasonable efforts to have third-party Mr. Robert Cook testify as the second inventor deponent. The subject matter of the depositions shall be limited to topics related to ParkerVision's infringement contentions.

IT IS FURTHER ORDERED THAT ParkerVision's motion for leave to amend (ECF No. 133) is GRANTED.  Exhibit A to ParkerVision's motion for leave to amend shall be the operative Complaint, but shall remain under seal.  ParkerVision is ordered to file a redacted version of its Third Amended Complaint once the dispute regarding the appropriate scope of redactions is resolved.  With regard to ParkerVision's willful infringement allegations in the

Third Amended Complaint, Intel shall be permitted to take the deposition of two 30(b)(1) witnesses (up to ten hours total), 2 additional interrogatories, and up to 10 additional RFAs. ParkerVision shall use reasonable efforts to have third-parties Mr. John Stuckey and Mr. Jeff Leach testify. The subject matter of the depositions, interrogatory and RFAs shall be limited to ParkerVision's willfulness allegations.

    IT IS SO ORDERED this 29th day of June, 2022.

_(signature)_
HON. ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE