# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | Civil Action No. 6:20-cv-00108-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE REGARDING AGREED AMENDMENT TO SCHEDULING ORDER

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Defendant Intel Corporation ("Intel") hereby provides notice that the parties have agreed to amend the August 1, 2022 Amended Scheduling Order DE 150 to extend the deadline for exchanging Rebuttal Expert Reports from October 7, 2022 to October 10, 2022.

Dated: October 6, 2022

Michael J. Summersgill (*pro hac vice*)
Sarah B. Petty (*pro hac vice*)
Marissa A. Lalli (*pro hac vice*)
Samuel C. Leifer (*pro hac vice*)
Alicia Coneys (*pro hac vice*)
Harry Hanson (*pro hac vice* filed)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Email: michael.summersgill@wilmerhale.com
Email: sarah.petty@wilmerhale.com
Email: marissa.lalli@wilmerhale.com
Email: samuel.leifer@wilmerhale.com
Email: alicia.coneys@wilmerhale.com
Email: harry.hanson@wilmerhale.com

Mary V. Sooter (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
Tel:  (720) 274-3164
Fax:  (720) 274-3133
Email: mindy.sooter@wilmerhale.com

Todd Zubler (*pro hac vice*)
Isley M. Gostin (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel:  (202) 663-6000
Email: todd.zubler@wilmerhale.com
Email:  isley.gostin@wilmerhale.com

Jason F. Choy (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel:  (213) 443-5300
Email: jason.choy@wilmerhale.com

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
One Bear Place, Unit 97288
Waco, Texas 76798
Tel:  (254) 710-7670
Email: james.wren@baylor.edu

***Attorneys for Defendant Intel Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on October 6, 2022.

*/s/ J. Stephen Ravel*
J. Stephen Ravel
