## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,** | |
| Plaintiff, | Civil Action No. 6:20-cv-00108-ADA |
| v. | JURY TRIAL DEMANDED |
| **INTEL CORPORATION,** | |
| Defendant. | |

### NOTICE REGARDING AGREED AMENDMENT TO SCHEDULING ORDER

To facilitate the exchange of pretrial materials in this case, and pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Defendant Intel Corporation ("Intel") hereby provides notice that the parties have agreed to amend the August 1, 2022 Amended Scheduling Order DE 150 as follows:

| Dates | Event<br>108 Case – First Trial[1]<br><br>Accused cellular products<br><br>(6,580,902; 9,246,736; 9,118,528; 8,588,725; 9,444,673; and 7,539,474) |
|---|---|

---

[1] The parties have agreed and hereby stipulate to the following regarding claims and defenses at the Second Trial. Subject to the Court's rulings on claim narrowing, ParkerVision may assert any claims that have been preserved in its Final Infringement Contentions and expert reports for the Second Trial, provided that any such claim was not invalidated at the First Trial. For any claim that ParkerVision asserted at the First Trial, Intel may assert as part of a § 102 or § 103 invalidity argument any prior art reference disclosed in its Invalidity Contentions and expert reports for the Second Trial, that was not used as a § 102 or § 103 reference at the First Trial, and present any theory that a claim term is indefinite, not enabled, or lacks written description under § 112 unless that identical theory was presented at the First Trial with respect to that claim and the claim was not determined to be invalid in a final judgment. For any claim that ParkerVision did not assert at the First Trial, Intel may present any invalidity theory preserved in its Final Invalidity Contentions and expert reports for the Second Trial. For the avoidance of doubt, Intel shall not be precluded from offering at the Second Trial any evidence relating to prior independent development, motivation to combine, and/or the background state of the art, even if similar, or identical evidence was presented at the First Trial.

| | |
|---|---|
| 11/15/2022 | Responses to dispositive motions and Daubert motions due. (*See* Rule CV-7.D.2.) |
| 11/22/2022 | Replies in support of dispositive motions and Daubert motions due. (*See* Rule CV-7.E.2) |
| 12/7/2022 | Defendant serves proposed joint pretrial order, jury instructions, proposed voir dire, special verdict form, exhibit list, witness list, affirmative discovery and deposition designations.[2]<br><br>Plaintiff serves exhibit list, witness list, affirmative discovery and deposition designations. |
| 12/8/2022 | Parties serve copies of exhibits on their respective exhibit lists. |
| 12/14/2022 | Defendant serves objections to Plaintiff's exhibit list, witness list, and affirmative discovery and deposition designations. Defendant also serves any counter discovery and deposition designations and any rebuttal exhibits.<br><br>Plaintiff serves objections and responses to Defendant's proposed joint pretrial order, jury instructions, proposed voir dire, and proposed verdict form, and objections to Plaintiff's exhibit list, witness list, and affirmative discovery and deposition designations. Plaintiff also serves any counter discovery and deposition designations and any rebuttal exhibits. |
| 12/22/2022 | Defendant serves objections and responses to Plaintiff's proposed revisions to the proposed joint pretrial order, jury instructions, proposed voir dire, and proposed verdict form. Defendant also serves counter discovery and deposition designations and any rebuttal exhibits.<br><br>Plaintiff serves objections to Defendant's counter discovery and deposition designations and any rebuttal exhibits.<br><br>Parties File Motions in Limine.[3] |
| 1/13/2023 | Plaintiff Files Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations, voir dire[4]).<br><br>Parties File Oppositions to Motions in Limine. |

---

[2] The parties agree that, for all deposition designation exchanges, the parties will serve both charts and highlighted transcripts identifying their respective designations.
[3] The parties agree that they will not serve discovery or deposition counter-counter designations.
[4] *See* Amended Standing Order on Pretrial Procedures and Requirements in Civil Cases, ¶ C.3.a (Sept. 16, 2022).

| | |
|---|---|
| 1/17/2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| 1/20/2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| 1/27/2023 | Final Pretrial Conference. |
| 2/6/2023 | Jury Selection/Trial. |

Dated:  November 1, 2022

Michael J. Summersgill (admitted *Pro Hac Vice*)
Sarah B. Petty (admitted *Pro Hac Vice*)
Harry Hanson (admitted *Pro Hac Vice*)
Samuel C. Leifer (admitted *Pro Hac Vice*)
Alicia Coneys (admitted *Pro Hac Vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
T (617) 526-6000
michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com
harry.hanson@wilmerhale.com
samuel.leifer@wilmerhale.com
alicia.coneys@wilmerhale.com

Todd Zubler (admitted *Pro Hac Vice*)
Isley M. Gostin (admitted *Pro Hac Vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
T (202) 663-6636
todd.zubler@wilmerhale.com
isley.gostin@wilmerhale.com

Mary (Mindy) V. Sooter
Wilmer Cutler Pickering Hale and Dorr LLP
1225 17th Street, Suite 2600
Denver, CO 80202
T (720) 274-3135
mindy.sooter@wilmerhale.com

Jason F. Choy (admitted *Pro Hac Vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
T (213) 443-5300
jason.choy@wilmerhale.com

Respectfully submitted,

*s/ J. Stephen Ravel*

J. Steven Ravel
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
T (512) 495-6429
steve.ravel@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
T (254) 710-7670
james.wren@baylor.edu

**ATTORNEYS FOR DEFENDANT INTEL CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 1, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ J. Stephen Ravel*
J. Stephen Ravel