# KELLY ⓚ HART

J. STEPHEN RAVEL
*steve.ravel@kellyhart.com*

TELEPHONE: 512-495-6429
FAX: (512) 495-6401

June 16, 2021

**VIA FEDERAL EXPRESS**
**OVERNIGHT DELIVERY**

The Honorable Alan D Albright
United States District Judge
U.S. District Court for the Western District
of Texas - Waco Division
District Clerk's Office
800 Franklin Ave., Room 380
Waco, TX 76701

Re:   *Parkervision, Inc. v. Intel Corporation*, Civil Action No. 6:20-cv-108-ADA; U.S. District Court for the Western District of Texas, Waco Division

Honorable Judge Albright,

On October 28, 2022, Intel Corporation filed in the above-referenced case a Daubert Motion to Exclude Certain Opinions and Testimony of Paul C. Benoit and a Declaration of Harry Hanson in support of that Motion. The enclosed CD contains Exhibits 7-10 to that Declaration. These four Exhibits are native Excel files and are all under seal.

Thank you.

Sincerely,

J. Stephen Ravel

JSR/vb

Enclosure

RECEIVED
OCT 31 2022
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

AUSTIN OFFICE | 303 COLORADO STREET, SUITE 2000 | AUSTIN, TX 78701 | TELEPHONE: (512) 495-6400 | FAX: (512) 495-6401
FORT WORTH OFFICE | 201 MAIN STREET, SUITE 2500 | FORT WORTH, TX 76102 | TELEPHONE: (817) 332-2500 | FAX: (817) 878-9280
MIDLAND OFFICE | 508 W. WALL, SUITE 444 | MIDLAND, TX 79701 | TELEPHONE: (432) 683-4691 | FAX: (432) 683-6518
NEW ORLEANS OFFICE | 400 POYDRAS STREET, SUITE 1812 | NEW ORLEANS, LA 70130 | TELEPHONE: (504) 522-1812 | FAX: (504) 522-1813
*Kelly Hart & Hallman, a Limited Liability Partnership* | www.kellyhart.com



