UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>              Plaintiff,<br><br>v.<br><br>**INTEL CORPORATION,**<br><br>              Defendant. | **Civil Action No. 6:20-cv-00108-ADA**<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

To narrow the issues in the pending action, Plaintiff ParkerVision, Inc. and Defendant Intel Corporation have agreed and jointly moved the Court to enter the following stipulations (ECF No. 202).

As a result of the foregoing, the Court ORDERS that each of the following stipulations shall be binding on the parties for all purposes in this case:

- With regard to interviews of Ulrich Klepser and Werner Schelmbauer located in Europe, Intel and ParkerVision agree not to raise at trial or in motions that the interview was not taken under oath as a basis for challenging the admissibility or credibility of statements made at the interview. In addition, Intel and ParkerVision agree not to reference that the proceedings were interviews instead of depositions before the fact finder, and further agree not to use the fact that the proceedings were interviews instead of depositions to challenge the admissibility of statements from the interviews. To avoid any confusion, the parties agree to refer to the interview as a "deposition" in front of the fact finder. Notwithstanding the foregoing, both parties reserve the right to raise the

1

same objections they could raise with regard to deposition testimony taken in the United States with regard to statements made at interviews of witnesses located in Europe.

- With regard to deposition hours, each side may take up to 88 hours of testimony (for both party and non-party witnesses combined);

- With regard to the parties' final infringement and invalidity contentions, Intel's Final Invalidity Contentions shall include Intel's May 16, 2022 Supplemental Final Invalidity Contentions and Ex. 66 thereto (Rockwell RF 100 claim chart) and ParkerVision's Final Infringement Contentions shall include ParkerVision's April 11, 2022 Amended Disclosure of Final Infringement Contentions, May 6, 2022 Second Amended Disclosure of Final Infringement Contentions, May 24, 2022 Final Infringement Contentions Related to SMARTi[™] 4 Family of Products, and ParkerVision's June 9, 2022 Supplemental Disclosure of Final Infringement Contentions Related to SMARTi[™]4 Family of Products.

**SIGNED** this 15th day of November, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE