# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00108-ADA |
| | § | |
| INTEL CORPORATION, INTEL | § | |
| CORPORATION, PARKERVISION, INC. | | |

## ORDER RESETTING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRETRIAL CONFERENCE** in Courtroom 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, January 19, 2023 at 09:30 AM**.

IT IS SO ORDERED this 3rd day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE