# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § | |
| | § | |
| vs. | § | NO:   WA:20-CV-00108-ADA |
| | § | |
| INTEL CORPORATION, INTEL | § | |
| CORPORATION, PARKERVISION, INC. | | |

## ORDER SETTING FINAL PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for FINAL PRETRIAL CONFERENCE by Private Zoom on January 24, 2023 at 01:30 PM.

IT IS SO ORDERED this 20th day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE