IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PARKERVISION, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:20-CV-00108-ADA |
| **INTEL CORPORATION,** | § § § | |
| Defendant. | § | |

## ORDER

Jury selection for the trial in the above styled and numbered cause has been set before the undersigned on February 2, 2023, at 9:00 AM. As discussed in the Court's Notice of Trial Procedures (ECF No. 277), the undersigned will hold a pre-voir dire conference in this matter. The Court **HEREBY ORDERS** that the above entitled and numbered case is set for a pre-voir conference in Courtroom #3 in the United States District Court, 800 Franklin Avenue, Waco, Texas 76701 on **Wednesday February 1, 2023, at 2:30 p.m.**

SIGNED this 25th day of January 2023.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE