UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § | |
| | § | |
| vs. | § | Case Number:  WA:20-CV-00108-ADA |
| | § | |
| INTEL CORPORATION, INTEL CORPORATION, PARKERVISION, INC. | § | |

ORDER RESETTING JURY SELECTION

      IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 9:00 AM, in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on February 06, 2023 due to inclement weather.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

      IT IS SO ORDERED this 31st day of January, 2023

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE