UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00108-ADA |
| | § | |
| INTEL CORPORATION, INTEL CORPORATION, PARKERVISION, INC. | § | |

## **LIST OF WITNESSES**

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1. Jeffrey Parker | 1. |
| 2. Daniel Schwartz via video | 2. |
| 3. Werner Schelmbauer via video | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |