IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br>*Plaintiff*<br><br>-v-<br><br>**INTEL CORPORATION,**<br>*Defendant* | §<br>§<br>§   W-20-CV-00108-ADA<br>§<br>§<br>§<br>§ |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today, which includes assisting the Court with motions for summary judgment and supplemental construction, and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:        $2,175.00
    Defendants:       $2,175.00

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 7th day of February, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE