AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF<br>AN ACTION REGARDING A PATENT<br>OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Texas - Waco Division__ on the following

☐ Trademarks or    ☒ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:20-cv-00108 | DATE FILED<br>2/11/2020 | U.S. DISTRICT COURT<br>Western District of Texas - Waco Division |
|---|---|---|
| PLAINTIFF<br><br>ParkerVision, Inc. | | DEFENDANT<br><br>Intel Corporation |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,049,706 | 4/11/2000 | ParkerVision, Inc. |
| 2 | 6,580,902 | 6/17/2003 | ParkerVision, Inc. |
| 3 | 7,110,444 | 9/12/2006 | ParkerVision, Inc. |
| 4 | 7,539,474 | 5/26/2009 | ParkerVision, Inc. |
| 5 | 8,588,725 | 11/19/2013 | ParkerVision, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 8,660,513 | 2/25/2014 | ParkerVision, Inc. |
| 7 | 9,246,736 | 1/26/2016 | ParkerVision, Inc. |
| 8 | 9,444,673 | 9/13/2016 | ParkerVision, Inc. |
| 9 | | | |
| 10 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 2/9/23  Stipulation and Order of Dismissal - Doc #300 |

| CLERK<br>PHILIP J. DEVLIN | (BY) DEPUTY CLERK<br>*Suzanne Miles* (signature) | DATE<br>02/09/2023 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**